IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Bankruptcy |
| | : | |
| THERON G WICKWIRE, | : | |
| Debtor. | : | |
| | : | Case No.    5:23-bk-0654-MJC |

## MOTION FOR EXTENSION OF TIME FOR FILING
## ADVICES, SCHEDULES, STATEMENT AND PLAN

The debtor, by and through his attorney, Richard A. Wilson, pursuant to 11 U.S.C. Section 521 moves the court as follows:

1. The above referenced preceding was commenced with the filing of an emergency voluntary petition, statement of social security number and certificate of counseling on March 28, 2023.

2. The Debtor and their attorney and the need additional time to comply with 11 U.S.C. Section 521.

3. No prior requests for extension have been made.

4. Cause exists to extend the time to file the debtor's schedules, and statements, and the granting of relief would be beneficial to the administration to the bankrupt estate.

**WHEREFORE**, the Debtor respectfully request that the court enter an Order granting the debtor until April 21, 201723 file their schedules and statements.

Respectfully submitted,

  04/10/2023  
Date

/s/ Richard A. Wilson  
Richard A. Wilson, Esquire 81508  
Attorney for Debtor  
211 Church St.  
Towanda, PA 18848  
(570) 285-4875